# COMPLAINT