# CONSENT